## UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 98-30174
_____

**WILLIAM DESHAZER and LOUISE DESHAZER**

**Plaintiffs-Appellants,**

**versus**

**ARCO OIL & GAS CO.,**
**A Division of Atlantic Richfield Company**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court**
**for the Western District of Louisiana**
**(93-CV-1460)**
_____

December 21, 1998

Before GARWOOD, BARKSDALE, and STEWART, Circuit Judges.

Per Curiam:[*]

Appellants appeal the summary judgment against their claims (malicious prosecution, defamation, intentional infliction of emotional distress and loss of consortium), all arising out of disputes and resulting litigation between Appellee and Appellant William Deshazer, a former senior engineer for Appellee, concerning his post-employment assistance to a party engaged in litigation with Appellee over an explosion on one of Appellee's platforms.

No authority need be cited for the fact that we review a summary judgment *de novo*, applying the same test as does the

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court. Such judgment is proper if the summary judgment record shows that there is no material fact issue and that the movant is entitled to a judgment as a matter of law. FED. R. CIV. P.56.

Pursuant to our requisite *de novo* review, and having considered the briefs and oral argument presented on appeal, we conclude that summary judgment is proper, essentially for the reasons stated by the district court in its comprehensive opinion. ***Deshazer v. Arco Oil & Gas Co***., No. 93-CV-1460 (W.D. La. Jan. 26, 1998).

**AFFIRMED**